IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01716-WJM-BNB

ANGELIA MCGOWAN,

Plaintiff,

v.

BOARD OF TRUSTEES FOR METROPOLITAN STATE UNIVERSITY OF DENVER,
CATHERINE LUCAS, an individual and
DONNA FOWLER, an individual,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw** [Doc. # 9, filed 11/18/2013] by plaintiff's counsel. I held a hearing on the motion this morning and made rulings on the record.

IT IS ORDERED:

(1)     The Motion to Withdraw [Doc. # 9] is GRANTED, and Leah E. Capritta, the Law Office of Leah E. Capritta, and Lathrrop & Gage, LLP-Denver, are relieved of any further responsibility in the case;

(2)     The plaintiff is granted to and including February 17, 2014, within which to make service of process against the defendants;

(3)     The scheduling conference set for February 11, 2014, at 9:30 a.m., is VACATED and RESET to April 3, 2014, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and submit a proposed scheduling order on or before March 27, 2014; and

(4)     I caution Ms. McGowan that she is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. D.C.COLO.LAttyR 5(b).

Dated December 17, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge