**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-01716-WJM-NYW

ANGELIA MCGOWAN,

    Plaintiff,

v.

BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all orders entered during the pendency of this case and the Order Granting Defendant's Motion for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on July 10, 2015, it is

ORDERED that Defendant Board of Trustees of Metropolitan State University of Denver's Motion for Summary Judgment (ECF No. 50) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and the action and complaint are dismissed.  The parties shall bear their own costs.

Dated at Denver, Colorado this   10th   day of July 2015.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK


                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk